IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPHINE WASHINGTON, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 11-6462 |
| ABM JANITORIAL SERVICES et al, | : |
| Defendants. | : |

**ORDER**

AND NOW, this ___ day of November, 2013, upon consideration of Defendant McNeil Consumer Healthcare's Motion for Summary Judgment (Doc. 24), Plaintiff's Response in Opposition and Cross-Motion Pursuant to Rule 56(d) (Doc. 28), and Defendant McNeil's Reply in Support (Doc. 29), **IT IS HEREBY ORDERED AND DECREED** that:

1. Plaintiff's Cross-Motion for Further Discovery under Fed. R. Civ. P. 56(d) is **DENIED**;

2. Defendant McNeil's Motion for Summary Judgment is **GRANTED**. Judgment is hereby entered in favor of Defendant McNeil and against Plaintiff on all counts of the Complaint; and

3. Plaintiff's Complaint as to Defendant McNeil is **DISMISSED WITH PREJUDICE** in its entirety.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C. J.**